■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VERNAL A. LOGAN, Appellant. [886 NYS2d 63]—Appeal from a judgment of the Monroe County Court (Alex R. Renzi, J.), rendered April 12, 2006. The judgment convicted defendant, upon a jury verdict, of driving while intoxicated, a class E felony, and driving on the left in a no passing zone.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Martoche, Centra, Green and Gorski, JJ.